**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: HARRIS, CHUNTA N. § Case No. 14-31651
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/28/2014. The undersigned trustee was appointed on 08/28/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $        65,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 26,029.25 |
| Bank service fees | 267.90 |
| Other payments to creditors | 2,988.52 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $       20,714.33 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/17/2017 and the deadline for filing governmental claims was 10/17/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $5,750.00, for a total compensation of $5,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2018     By: /s/ Michael Desmond
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 14-31651 | Trustee Name: | (330623) Michael Desmond |
| Case Name: | HARRIS, CHUNTA N. | Date Filed (f) or Converted (c): | 08/28/2014 (f) |
| | | § 341(a) Meeting Date: | 10/15/2014 |
| For Period Ending: | 09/25/2018 | Claims Bar Date: | 10/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Pre-Paid Debit with Chase | 0.56 | 0.00 | | 0.00 | FA |
| 2   Security deposit held by landlord | 850.00 | 0.00 | | 0.00 | FA |
| 3   Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4   Wearing Apparel | 450.00 | 0.00 | | 0.00 | FA |
| 5   Pending Personal Injury claim from car accident | Unknown | 0.00 | | 65,000.00 | FA |
| 6   2005 Chevrolet Malibu with 83,000 miles Value Ac | 6,000.00 | 0.00 | | 0.00 | FA |
| 6   **Assets Totals (Excluding unknown values)** | **$9,300.56** | **$0.00** | | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Personal Injury claim settled.  Preparing final fee applications and final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016    **Current Projected Date Of Final Report (TFR):** 09/28/2018

09/25/2018
Date

/s/Michael Desmond
Michael Desmond

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 14-31651 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARRIS, CHUNTA N. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7734 | Account #: | ******2900 Checking |
| For Period Ending: | 09/25/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/17 | {5} | Grange Insurance Companies | Proceeds from Insurance Company for Settlement of Case #15 L 004121 | 1129-000 | 65,000.00 | | 65,000.00 |
| 12/21/17 | 101 | Archer Open MRI | Medical Lien Payment pursuant to Order entered 11/30/2017 | 4220-000 | | 1,100.00 | 63,900.00 |
| 12/21/17 | 102 | Integrity Medical | Medical Lien Claim payment pursuant to Order entered 11/30/2017 | 4220-000 | | 1,668.19 | 62,231.81 |
| 12/21/17 | 103 | Pinnacle Pain Management Specialist | Medical Lien Claim payment pursuant to Order entered 11/30/2017 | 4220-000 | | 220.33 | 62,011.48 |
| 12/21/17 | 104 | InsurAdvance | Payment of Claim pursuant to Order entered 11/30/2017 | 8100-002 | | 6,374.00 | 55,637.48 |
| 12/21/17 | 105 | Chunta N. Harris | Payment of Debtor's Exemption pursuant to Order Entered 11/30/2017 | 8100-002 | | 8,626.00 | 47,011.48 |
| 12/21/17 | 106 | Budin Law Offices | Special Counsel to Trustee FEES pursuant to Order entered 11/30/2017 | 3210-600 | | 21,666.66 | 25,344.82 |
| 12/21/17 | 107 | Budin Law Offices | Special Counsel to Trustee - EXPENSES - pursuant to Order entered 11/30/2017 | 3220-610 | | 4,362.59 | 20,982.23 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.36 | 20,961.87 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.80 | 20,926.07 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.09 | 20,897.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.05 | 20,867.93 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.01 | 20,838.92 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.97 | 20,805.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.92 | 20,777.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.87 | 20,745.16 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.83 | 20,714.33 |

Page Subtotals:     $65,000.00     $44,285.67

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31651 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARRIS, CHUNTA N. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7734 | Account #: | ******2900 Checking |
| For Period Ending: | 09/25/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 65,000.00 | 44,285.67 | $20,714.33 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 65,000.00 | 44,285.67 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$65,000.00** | **$29,285.67** | |

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)                                        ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-31651 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | HARRIS, CHUNTA N. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7734 | **Account #:** | ******2900 Checking |
| **For Period Ending:** | 09/25/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2900 Checking | $65,000.00 | $29,285.67 | $20,714.33 |
| | **$65,000.00** | **$29,285.67** | **$20,714.33** |

09/25/2018
Date

/s/Michael Desmond
Michael Desmond

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case:** 14-31651　　　　　　　　　　　**CHUNTA N. HARRIS**

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | JD Byrider<br>12802 Hamilton Crossing Blvd<br>Carmel, IN 46032<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>08/28/14 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Michael Desmond<br>10 South LaSalle<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/18/15 |  | $5,750.00<br>$5,750.00 | $0.00 | $5,750.00 |
|  | Figliulo & Silverman PC<br>10 S La Salle St, 36th Floor<br>Suite 3600<br>Chicago, IL 60603<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br>Attorneys Fees Trustee | Administrative<br>06/22/18 |  | $5,942.50<br>$5,942.50 | $0.00 | $5,942.50 |
|  | Figliulo & Silverman PC<br>10 S La Salle St, 36th Floor<br>Suite 3600<br>Chicago, IL 60603<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200<br>Attorney for Trustee Expenses. | Administrative<br>06/22/18 |  | $14.56<br>$14.56 | $0.00 | $14.56 |
|  | Arnold Scott Harris<br>111 West Jackson Blvd, Ste 400<br>Chicago, IL 60604<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Arnold Scott Harris<br>111 West Jackson Blvd, Ste 400<br>Chicago, IL 60604<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 |  | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case:** 14-31651      CHUNTA N. HARRIS

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Avis<br>Box 409309<br>Atlanta, GA 30384<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Avis<br>Box 409309<br>Atlanta, GA 30384<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | BYL Services LLC<br>PO Box 5046<br>West Chester, PA 19380<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | BYL Services LLC<br>PO Box 5046<br>West Chester, PA 19380<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Blackhawk Finance<br>2340 S River Rd Ste 400<br>Des Plaines, IL 60018<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Blackhawk Finance<br>2340 S River Rd Ste 400<br>Des Plaines, IL 60018<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | City of Chicago Depart of Finance<br>PO BOX 88292<br>Chicago, IL 60680<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case:** 14-31651    **CHUNTA N. HARRIS**

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | City of Chicago Depart of Finance<br>PO BOX 88292<br>Chicago, IL 60680<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Comed<br>PO Box 6111<br>Carol Stream, IL 60197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Comed<br>PO Box 6111<br>Carol Stream, IL 60197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C

## Analysis of Claims Register

**Case:** 14-31651                                    **CHUNTA N. HARRIS**

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dept of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dynamic Recovery Solutions<br>PO Box 25759<br>Greenville, SC 29616<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dynamic Recovery Solutions<br>PO Box 25759<br>Greenville, SC 29616<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 5

# Exhibit C
## Analysis of Claims Register

**Case:** 14-31651                                            **CHUNTA N. HARRIS**

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Company LLC 8014 Bayberry Rd Jacksonville, FL 32256 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Company LLC 8014 Bayberry Rd Jacksonville, FL 32256 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Global Acceptance Credit PO Box 172800 Arlington, TX 76003 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Global Acceptance Credit PO Box 172800 Arlington, TX 76003 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Heritage Acceptance Corp 121 S. Main St Elkhart, IN 46516 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Heritage Acceptance Corp 121 S. Main St Elkhart, IN 46516 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case:** 14-31651  **CHUNTA N. HARRIS**

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Linebarger Goggan Blair & Sampson<br>PO Box 06152<br>Chicago, IL 60606<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Linebarger Goggan Blair & Sampson<br>PO Box 06152<br>Chicago, IL 60606<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MCSI Inc<br>PO BOX 327<br>Palos Heights, IL 60463<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MCSI Inc<br>PO BOX 327<br>Palos Heights, IL 60463<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Municipal Collection Services<br>PO BOX 327<br>Palos Heights, IL 60463<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Municipal Collection Services<br>PO BOX 327<br>Palos Heights, IL 60463<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Ncofin/980<br>600 Holiday Plaza Dr Ste<br>Matteson, IL 60443<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C
## Analysis of Claims Register

**Case:** 14-31651  **CHUNTA N. HARRIS**

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Ncofin/980<br>600 Holiday Plaza Dr Ste<br>Matteson, IL 60443<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Penn Credit<br>916 S. 14th St<br>PO Box 988<br>Harrisburg, PA 17108<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Penn Credit<br>916 S. 14th St<br>PO Box 988<br>Harrisburg, PA 17108<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Peoples Energy<br>130 E. Randolph, Dr. 17th Floor<br>Chicago, IL 60601<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/28/14 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Navient Solutions, LLC on behalf of Department of Education Loan Services<br>P.O. Box 740351<br>Atlanta, GA 30374-0351<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/25/17 |  | $10,787.80<br>$10,787.80 | $0.00 | $10,787.80 |
| 2 | LVNV Funding, LLC its successors and assigns asassignee of MCI Communications Services, IncResurgent Capital Services,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/12/17 |  | $739.94<br>$739.94 | $0.00 | $739.94 |
|  |  |  |  | **Case Total:** | **$0.00** | **$23,234.80** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

**Case: 14-31651**     **CHUNTA N. HARRIS**

Claims Bar Date: 10/17/17

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-31651
Case Name: CHUNTA N. HARRIS
Trustee Name: Michael Desmond

**Balance on hand:** $ 20,714.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,714.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Desmond | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee Fees - Figliulo & Silverman PC | 5,942.50 | 0.00 | 5,942.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman PC | 14.56 | 0.00 | 14.56 |

Total to be paid for chapter 7 administrative expenses: $ 11,707.06
Remaining balance: $ 9,007.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,007.27

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 9,007.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,527.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 78.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, LLC on behalf of Department of Education Loan Services | 10,787.80 | 0.00 | 8,429.11 |
| 2 | LVNV Funding, LLC its successors and assigns asassignee of MCI Communications Services, IncResurgent Capital Services | 739.94 | 0.00 | 578.16 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 9,007.27 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**