**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re | ) | Chapter 7 |
|---|---|---|
|  | ) |  |
| CHUNTA N. HARRIS, | ) | Case No. 14-31651 |
|  | ) |  |
| Debtor. | ) | Hon. Pamela S. Hollis |

**PROOF OF SERVICE**

TO:   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties named on the Manual Notice List of the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on October 23, 2018 before the hour of 5:00 p.m., proper postage prepaid.

Dated:   October 23, 2018                    Respectfully submitted,

                                             **FIGLIULO & SILVERMAN, P.C.**

                                             By: /s/ *Michael K. Desmond*

Michael K. Desmond (IL #6208809)
FIGLIULO & SILVERMAN, P.C.
Ten South LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600

# **SERVICE LIST**

**Mailing Information for Case 14-31651**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael K Desmond**    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**    mdesmond@fslegal.com, dorisbay@fslegal.com
- **David Gallagher**    dgallagher@uprightlaw.com, dgallagher@lawsolutionsbk.com,notices@lawsolutionsbk.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

## **MANUAL NOTICE LIST**

Chunta N. Harris
1120 E. Bowen Rd, Apt 3
Chicago, IL 60657
 *(Debtor)*

## **CREDITORS WHO FILED CLAIMS**

Navient Solutions, LLC on behalf of
Dept. of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635
*Claimant #1*

LVNV Funding LLC its successors and assigns
As assignee of MCI Communications Services
Resurgent Capital Services
P.O. Box 10587
Greenville, SCa 29603-0587
*Claimant #2*