**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: HARRIS, CHUNTA N.                §    Case No. 14-31651
                                         §
                                         §
                                         §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $9,300.56 | Assets Exempt: | $18,300.56 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,995.79 | Claims Discharged Without Payment: | $87,618.47 |
| Total Expenses of Administration: | $38,004.21 | | |

   3) Total gross receipts of $65,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,000.00 | $2,988.52 | $2,988.52 | $2,988.52 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $38,004.21 | $38,004.21 | $38,004.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $85,098.00 | $11,527.74 | $11,527.74 | $9,007.27 |
| **TOTAL DISBURSEMENTS** | $96,098.00 | $52,520.47 | $52,520.47 | $50,000.00 |

4) This case was originally filed under chapter 7 on 08/28/2014.  The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/03/2018             By: /s/ Michael  Desmond
                                      Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending Personal Injury claim from car accident | 1129-000 | $65,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$65,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Chunta N. Harris | Payment of Debtor's Exemption pursuant to Order Entered 11/30/2017 | 8100-002 | $8,626.00 |
| InsurAdvance | Payment of Claim pursuant to Order entered 11/30/2017 | 8100-002 | $6,374.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Archer Open MRI | 4220-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| | Integrity Medical | 4220-000 | NA | $1,668.19 | $1,668.19 | $1,668.19 |
| | Pinnacle Pain Management Specialist | 4220-000 | NA | $220.33 | $220.33 | $220.33 |
| N/F | JD Byrider | 4110-000 | $11,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$11,000.00** | **$2,988.52** | **$2,988.52** | **$2,988.52** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael Desmond | 2100-000 | NA | $5,750.00 | $5,750.00 | $5,750.00 |
| Attorney for Trustee Fees - Figliulo & Silverman PC | 3110-000 | NA | $5,942.50 | $5,942.50 | $5,942.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman PC | 3120-000 | NA | $14.56 | $14.56 | $14.56 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $267.90 | $267.90 | $267.90 |
| Special Counsel for Trustee Fees - Budin Law Offices | 3210-600 | NA | $21,666.66 | $21,666.66 | $21,666.66 |
| Special Counsel for Trustee Expenses - Budin Law Offices | 3220-610 | NA | $4,362.59 | $4,362.59 | $4,362.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$38,004.21** | **$38,004.21** | **$38,004.21** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions, LLC on behalf of Department of Education Loan Services | 7100-000 | NA | $10,787.80 | $10,787.80 | $8,429.11 |
| 2 | LVNV Funding, LLC its successors and assigns asassignee of MCI Communications Services, IncResurgent Capital Services | 7100-000 | NA | $739.94 | $739.94 | $578.16 |
| N/F | Arnold Scott Harris | 7100-000 | $139.00 | NA | NA | NA |
| N/F | Arnold Scott Harris | 7100-000 | $139.00 | NA | NA | NA |
| N/F | Avis | 7100-000 | $9,076.00 | NA | NA | NA |
| N/F | Avis | 7100-000 | $9,076.00 | NA | NA | NA |
| N/F | BYL Services LLC | 7100-000 | $598.00 | NA | NA | NA |
| N/F | BYL Services LLC | 7100-000 | $598.00 | NA | NA | NA |
| N/F | Blackhawk Finance | 7100-000 | $2,265.00 | NA | NA | NA |
| N/F | Blackhawk Finance | 7100-000 | $2,265.00 | NA | NA | NA |
| N/F | City of Chicago Depart of Finance | 7100-000 | $1,035.00 | NA | NA | NA |
| N/F | City of Chicago Depart of Finance | 7100-000 | $1,035.00 | NA | NA | NA |
| N/F | Comed | 7100-000 | $2,828.00 | NA | NA | NA |
| N/F | Comed | 7100-000 | $2,828.00 | NA | NA | NA |
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $4,085.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $2,004.00 | NA | NA | NA |
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $2,332.00 | NA | NA | NA |
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $2,332.00 | NA | NA | NA |
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $4,085.00 | NA | NA | NA |
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $1,167.00 | NA | NA | NA |
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $1,167.00 | NA | NA | NA |
| N/F | Dept of Ed/Sallie Mae | 7100-000 | $2,004.00 | NA | NA | NA |
| N/F | Dynamic Recovery Solutions | 7100-000 | $326.00 | NA | NA | NA |
| N/F | Dynamic Recovery Solutions | 7100-000 | $326.00 | NA | NA | NA |
| N/F | Enhanced Recovery Company LLC | 7100-000 | $83.00 | NA | NA | NA |
| N/F | Enhanced Recovery Company LLC | 7100-000 | $83.00 | NA | NA | NA |
| N/F | Global Acceptance Credit | 7100-000 | $2,969.00 | NA | NA | NA |
| N/F | Global Acceptance Credit | 7100-000 | $2,969.00 | NA | NA | NA |
| N/F | Heritage Acceptance Corp | 7100-000 | $11,579.00 | NA | NA | NA |
| N/F | Heritage Acceptance Corp | 7100-000 | $11,579.00 | NA | NA | NA |
| N/F | Linebarger Goggan Blair & Sampson | 7100-000 | $756.00 | NA | NA | NA |
| N/F | Linebarger Goggan Blair & Sampson | 7100-000 | $756.00 | NA | NA | NA |
| N/F | MCSI Inc | 7100-000 | $250.00 | NA | NA | NA |
| N/F | MCSI Inc | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Municipal Collection Services | 7100-000 | $250.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Municipal Collection Services | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Ncofin/980 | 7100-000 | $212.00 | NA | NA | NA |
| N/F | Ncofin/980 | 7100-000 | $212.00 | NA | NA | NA |
| N/F | Penn Credit | 7100-000 | $95.00 | NA | NA | NA |
| N/F | Penn Credit | 7100-000 | $95.00 | NA | NA | NA |
| N/F | Peoples Energy | 7100-000 | $1,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$85,098.00** | **$11,527.74** | **$11,527.74** | **$9,007.27** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 14-31651
**Case Name:** HARRIS, CHUNTA N.

**For Period Ending:** 12/03/2018

**Trustee Name:** (330623) Michael Desmond
**Date Filed (f) or Converted (c):** 08/28/2014 (f)
**§ 341(a) Meeting Date:** 10/15/2014
**Claims Bar Date:** 10/17/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Pre-Paid Debit with Chase | 0.56 | 0.00 | | 0.00 | FA |
| 2 | Security deposit held by landlord | 850.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel | 450.00 | 0.00 | | 0.00 | FA |
| 5 | Pending Personal Injury claim from car accident | Unknown | 0.00 | | 65,000.00 | FA |
| 6 | 2005 Chevrolet Malibu with 83,000 miles Value Ac | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$9,300.56** | **$0.00** | | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Personal Injury claim settled. Preparing final fee applications and final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016    **Current Projected Date Of Final Report (TFR):** 09/25/2018 (Actual)

12/03/2018
Date

/s/Michael Desmond
Michael Desmond

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31651 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARRIS, CHUNTA N. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7734 | Account #: | ******2900 Checking |
| For Period Ending: | 12/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/17 | {5} | Grange Insurance Companies P.O. Box 1218 Columbus, OH 43216-1218 | Proceeds from Insurance Company for Settlement of Case #15 L 004121 | 1129-000 | 65,000.00 | | 65,000.00 |
| 12/21/17 | 101 | Archer Open MRI P.O. Box 7389 Prospect Heights, IL 60070 | Medical Lien Payment pursuant to Order entered 11/30/2017 | 4220-000 | | 1,100.00 | 63,900.00 |
| 12/21/17 | 102 | Integrity Medical 4367 S. Archer Avenue Chicago, IL 60632 | Medical Lien Claim payment pursuant to Order entered 11/30/2017 | 4220-000 | | 1,668.19 | 62,231.81 |
| 12/21/17 | 103 | Pinnacle Pain Management Specialist 8501 W. Higgins Road, Suite 710 Chicago, IL 60631 | Medical Lien Claim payment pursuant to Order entered 11/30/2017 | 4220-000 | | 220.33 | 62,011.48 |
| 12/21/17 | 104 | InsurAdvance 102 NE 2nd Street, Suite 378 Boca Raton, FL 33432 | Payment of Claim pursuant to Order entered 11/30/2017 | 8100-002 | | 6,374.00 | 55,637.48 |
| 12/21/17 | 105 | Chunta N. Harris 1120 E. Bowen Rd., Apt. 3 Chicago, IL 60657 | Payment of Debtor's Exemption pursuant to Order Entered 11/30/2017 | 8100-002 | | 8,626.00 | 47,011.48 |
| 12/21/17 | 106 | Budin Law Offices 1 N. LaSalle St., Suite 2165 Chicago, IL 60602 | Special Counsel to Trustee FEES pursuant to Order entered 11/30/2017 | 3210-600 | | 21,666.66 | 25,344.82 |
| 12/21/17 | 107 | Budin Law Offices 1 N. LaSalle Street, Suite 2165 Chicago, IL 60602 | Special Counsel to Trustee - EXPENSES - pursuant to Order entered 11/30/2017 | 3220-610 | | 4,362.59 | 20,982.23 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.36 | 20,961.87 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.80 | 20,926.07 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.09 | 20,897.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.05 | 20,867.93 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.01 | 20,838.92 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.97 | 20,805.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.92 | 20,777.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.87 | 20,745.16 |
| | | | **Page Subtotals:** | | **$65,000.00** | **$44,254.84** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31651 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARRIS, CHUNTA N. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7734 | Account #: | ******2900 Checking |
| For Period Ending: | 12/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.83 | 20,714.33 |
| 11/19/18 | 108 | Michael Desmond<br><br>10 South LaSalle<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $5,750.00; Claim # FEE; Filed: $5,750.00 | 2100-000 | | 5,750.00 | 14,964.33 |
| 11/19/18 | 109 | Figliulo & Silverman PC<br><br>10 S La Salle St, 36th Floor, Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $5,942.50; Claim # ; Filed: $5,942.50 | 3110-000 | | 5,942.50 | 9,021.83 |
| 11/19/18 | 110 | Figliulo & Silverman PC<br><br>10 S La Salle St, 36th Floor, Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $14.56; Claim # ; Filed: $14.56 | 3120-000 | | 14.56 | 9,007.27 |
| 11/19/18 | 111 | Navient Solutions, LLC on behalf of Department of Education Loan Services<br><br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Distribution payment - Dividend paid at 78.14% of $10,787.80; Claim # 1; Filed: $10,787.80 | 7100-000 | | 8,429.11 | 578.16 |
| 11/19/18 | 112 | LVNV Funding, LLC its successors and assigns asassignee of MCI Communications Services, IncResurgent Capital Services<br><br>c/o Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 | Distribution payment - Dividend paid at 78.14% of $739.94; Claim # 2; Filed: $739.94 | 7100-000 | | 578.16 | 0.00 |
| | | **COLUMN TOTALS** | | | 65,000.00 | 65,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **65,000.00** | **65,000.00** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$65,000.00** | **$50,000.00** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-31651 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | HARRIS, CHUNTA N. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7734 | **Account #:** | ******2900 Checking |
| **For Period Ending:** | 12/03/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $65,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $15,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $50,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2900 Checking | $65,000.00 | $50,000.00 | $0.00 |
| | **$65,000.00** | **$50,000.00** | **$0.00** |

12/03/2018

Date

/s/Michael Desmond

Michael Desmond

UST Form 101-7-TDR (10 /1/2010)